UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____

CONTINENTAL CASUALTY
COMPANY,

Plaintiff(s)

- v -

DIIANA OLIVER-STEINBERG,

**RULE 7.1 STATEMENT**

Not yet assigned
_____
Case Number

Defendant(s)

_____

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for

CONTINENTAL CASUALTY COMPANY,

(a private non-governmental party or intervenor) certifies the following:

**Part I**

Complete this portion in all cases.

Identify any corporate affiliates, subsidiaries, and/or parent corporation and any publicly held corporation owning 10% or more of the stock of any non-governmental corporate party or intervenor.  If there are no such corporations, the form shall so state.

Continental Casualty Company, a non-governmental corporate party, is not publicly traded. All of Continental Casualty Company's common stock is owned by The Continental Corporation, which is not publicly traded. All of The Continental Corporation's common stock is owned by CNA Financial Corporation, which is publicly traded. Loews Corporation owns 10 percent or more of the common stock of CNA Financial Corporation and is publicly traded. No other corporation owns 10 percent or more of the common stock of CNA Financial Corporation.

1

**Part II**

Complete this portion only if jurisdiction is based on diversity of citizenship under 28 U.S.C. § 1332(a).

Name and identify the citizenship of every individual or entity whose citizenship is attributed to that party or intervenor for purposes of establishing jurisdiction based upon diversity of citizenship (note: the citizenship of an L.L.C. is the citizenship of each of its members).

Pursuant to 28 U.S.C. § 1332(a) Plaintiff, Continental Casualty Company is a corporation created and existing under the laws of the State of Illinois with its principal place of business also located in the State of Illinois.

6/8/26

Date

Brendan P. Hall

Brendan P. Hall
_____
Signature of Attorney

BH0322
_____
Attorney Bar Code

Note – This form is required to be filed when the action is filed in, or removed to, federal court, and when any later event occurs that could affect the court's jurisdiction under 28 U.S.C. § 1332(a).

Form Rule7_1.pdf  SDNY Web 12/2022

2